UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 19-22579 |
|---|---|---|
| Sheila Moylan | Chapter: | 13 |
| | Judge: | VFP |

## NOTICE OF PROPOSED PRIVATE SALE

_____Sheila Moylan_____, debtor_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:
50 Walnut Street
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable __Vincent F. Papalia_____ on 1/16/2020 at ___10:00_____ a.m., at the United States Bankruptcy Court, courtroom no. _____3B___, 50 Walnut Street, Newark, New Jersey 07102 (Hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 73 Minnehaha Blvd., Lake Hiawatha, NJ 07034

Proposed Purchaser: Rosa Gonzalez

Sale price: $315,000.00

☑ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| |
|---|
| Name of Professional:  Scott J. Goldstein, Esq. |
| Amount to be paid: $2500.00 |
| Services rendered:  Representation in sale of real property; two cancelled contracts post-attorney review and inspections |

| |
|---|
| Name of Professional:  Jackie Scura |
| Amount to be paid:  $8174.00 |
| Services rendered:  Marketing of property and procuring buyer. |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and request for additional information directed to:

| | |
|---|---|
| Name: | Scott J Goldstein |
| Address: | Law Office of Scott J Goldstein LLC |
| | 280 West Main Street, Denville, NJ 07834 |
| Telephone No.: | (973) 453-2838 |

*rev. 8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Sheila Moylan
    Debtor

Case No. 19-22579-VFP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Dec 19, 2019
                    Form ID: pdf905     Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2019.

```
db             #Sheila Moylan,    73 Minnehaha Blvd,    Lake Hiawatha, NJ  07034-2614
r              +Jacqueline Scura,    Weichert Realtors,    1625 Route 10 East,    Morris Plains, NJ 07950-2933
518320312      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bank of America,    Attn: Bankruptcy,    PO Box 982238,
                 El Paso, TX  79998-2238)
518320310       Bank Of America,    PO Box 15796,    Wilmington, DE  19886-5796
518320311       Bank of America,    4909 Savarese Cir,    Tampa, FL  33634-2413
518385868      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
518320314       Brookdale Senior Living Solutions,    PO Box 203075,    Dallas, TX  75320-3075
518411167       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
518320317       Cardworks/spruce/viewt,    2900 North Loop W,    Houston, TX  77092-8841
518320319       Chase Card Services,    Attn: Bankruptcy,    PO Box 15298,    Wilmington, DE  19850-5298
518439067      +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
518320320       Citibank/Shell Oil,    Citibank Corp/Centralized Bankruptcy,    PO Box 790034,
                 Saint Louis, MO  63179-0034
518320321       Citibank/Sunoco,    Citibank Corp/Centralized Bankruptcy,    PO Box 6407,
                 Sioux Falls, SD  57117-6407
518320322       Edward Moylan Jr.,    12 Knotwood Ln,    Homosassa, FL  34446-3568
518363569      +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
518320325       Jpmcb Card,    PO Box 15369,    Wilmington, DE  19850-5369
518320326       Kohls/Capital One,    Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT  84130-0285
518320334      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,    N.J. Division of Taxation Bankruptcy Sec,
                 PO Box 245,    Trenton, NJ  08695-0245)
518320331       Shell/Cbna,    PO Box 6497,    Sioux Falls, SD  57117-6497
518320332       Slate Collection Service, Inc,    2509 S Stoughton Rd,    Madison, WI  53716-3314
518320333       Specialized Loan Servicing,    8742 Lucent Blvd Ste 300,    Littleton, CO  80129-2386
518437023      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
518320335       Sunoco/Cbna,    PO Box 6497,    Sioux Falls, SD  57117-6497
518320336       Tbom - Genesis Retail,    PO Box 4499,    Beaverton, OR  97076-4499
518320337       Twp of Parsippany-Troy Hills,    1001 Parsippany Blvd,    Parsippany, NJ  07054-1277
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 20 2019 00:41:54     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 20 2019 00:41:50     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518320315      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 20 2019 00:37:53      Capital One,
                 Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT  84130-0285
518404347     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 20 2019 00:50:42
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518320316      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 20 2019 00:37:10
                 Capital One Bank USA N,    PO Box 30281,    Salt Lake City, UT  84130-0281
518320318      E-mail/PDF: MerrickBKNotifications@Resurgent.com Dec 20 2019 00:37:41
                 Carson Smithfield, LLC,    PO Box 9216,    Old Bethpage, NY  11804-9016
518320323      E-mail/Text: cio.bncmail@irs.gov Dec 20 2019 00:41:09      Internal Revenue Servic,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA  19101-7346
518320327     +E-mail/Text: bncnotices@becket-lee.com Dec 20 2019 00:40:58      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
518320328      E-mail/Text: GenesisFS@ebn.phinsolutions.com Dec 20 2019 00:42:54      Mabt - Genesis Retail,
                 Attn: Bankruptcy,    PO Box 4477,    Beaverton, OR  97076-4401
518344491     +E-mail/PDF: cbp@onemainfinancial.com Dec 20 2019 00:37:37      OneMain,    PO Box 3251,
                 Evansville, IN 47731-3251
518320329      E-mail/PDF: cbp@onemainfinancial.com Dec 20 2019 00:38:26      Onemain,    PO Box 1010,
                 Evansville, IN  47706-1010
518320330      E-mail/PDF: cbp@onemainfinancial.com Dec 20 2019 00:37:36      Onemain Financial,
                 Attn: Bankruptcy,    601 NW 2nd St # 300,    Evansville, IN  47708-1013
518399675      E-mail/Text: bnc-quantum@quantum3group.com Dec 20 2019 00:41:42
                 Quantum3 Group LLC as agent for,    GFSPL LLC,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                              TOTAL: 13
```

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
518320313*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:  Bank of America,    PO Box 982238,    El Paso, TX  79998-2238)
518320324*     Internal Revenue Service,    Centralized Insolvency Operation,    PO Box 7346,
                 Philadelphia, PA  19101-7346
                                                                                 TOTALS: 0, * 2, ## 0
```

```
District/off: 0312-2           User: admin                 Page 2 of 2                  Date Rcvd: Dec 19, 2019
                               Form ID: pdf905             Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2019                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2019 at the address(es) listed below:
          Brian C. Nicholas    on behalf of Creditor    Specialized Loan Servicing LLC
           bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    Specialized Loan Servicing LLC
           rsolarz@kmllawgroup.com
          Scott J. Goldstein    on behalf of Debtor Sheila  Moylan sjg@sgoldsteinlaw.com,
           cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```