Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  19−22579−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Sheila Moylan
  73 Minnehaha Blvd
  Lake Hiawatha, NJ 07034−2614

Social Security No.:
  xxx−xx−1447

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:        1/16/20
Time:        02:00 PM
Location:    Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ
07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not
required.

    The following applications for compensation have been filed:

---

APPLICANT(S)
Scott Goldstein

COMMISSION OR FEES
$1200.00

EXPENSES
$344.80

---

If this is a chapter 13 case, the fees and expenses awarded:

  ☑      will not reduce the amount to be paid to general unsecured
         creditors under the plan.

  ☐      will reduce the amount to be paid to general unsecured
         creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date.
Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: December 26, 2019
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 19-22579-VFP
Sheila Moylan                                                                   Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Dec 26, 2019
                             Form ID: 137              Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 28, 2019.
```
db               #Sheila Moylan,    73 Minnehaha Blvd,    Lake Hiawatha, NJ 07034-2614
r                +Jacqueline Scura,    Weichert Realtors,    1625 Route 10 East,    Morris Plains, NJ 07950-2933
518320312       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    Attn: Bankruptcy,    PO Box 982238,
                 El Paso, TX  79998-2238)
518320310        Bank of America,    PO Box 15796,    Wilmington, DE  19886-5796
518320311        Bank of America,    4909 Savarese Cir,    Tampa, FL  33634-2413
518385868       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
518320314        Brookdale Senior Living Solutions,    PO Box 203075,    Dallas, TX  75320-3075
518411167        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
518320317        Cardworks/spruce/viewt,    2900 North Loop W,    Houston, TX  77092-8841
518320319        Chase Card Services,    Attn: Bankruptcy,    PO Box 15298,    Wilmington, DE  19850-5298
518439067       +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
518320320        Citibank/Shell Oil,    Citibank Corp/Centralized Bankruptcy,    PO Box 790034,
                 Saint Louis, MO  63179-0034
518320321        Citibank/Sunoco,    Citibank Corp/Centralized Bankruptcy,    PO Box 6407,
                 Sioux Falls, SD  57117-6407
518320322        Edward Moylan Jr.,    12 Knotwood Ln,    Homosassa, FL  34446-3568
518363569       +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
518320325        Jpmcb Card,    PO Box 15369,    Wilmington, DE  19850-5369
518320326        Kohls/Capital One,    Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT  84130-0285
518320334       ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,    N.J. Division of Taxation Bankruptcy Sec,
                 PO Box 245,    Trenton, NJ  08695-0245)
518320331        Shell/Cbna,    PO Box 6497,    Sioux Falls, SD  57117-6497
518320332        Slate Collection Service, Inc,    2509 S Stoughton Rd,    Madison, WI  53716-3314
518320333        Specialized Loan Servicing,    8742 Lucent Blvd Ste 300,    Littleton, CO  80129-2386
518437023       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
518320335        Sunoco/Cbna,    PO Box 6497,    Sioux Falls, SD  57117-6497
518320336        Tbom - Genesis Retail,    PO Box 4499,    Beaverton, OR  97076-4499
518320337        Twp of Parsippany-Troy Hills,    1001 Parsippany Blvd,    Parsippany, NJ  07054-1277
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Dec 26 2019 23:38:25    U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 26 2019 23:38:22    United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518320315        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 26 2019 23:43:52    Capital One,
                 Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT  84130-0285
518404347       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 26 2019 23:54:31
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518320316        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 26 2019 23:43:15
                 Capital One Bank USA N,    PO Box 30281,    Salt Lake City, UT  84130-0281
518320318        E-mail/PDF: MerrickBNotifications@Resurgent.com Dec 26 2019 23:43:46
                 Carson Smithfield, LLC,    PO Box 9216,    Old Bethpage, NY  11804-9016
518320323        E-mail/Text: cio.bncmail@irs.gov Dec 26 2019 23:37:43    Internal Revenue Servic,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA  19101-7346
518320327       +E-mail/Text: bncnotices@becket-lee.com Dec 26 2019 23:37:29    Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
518320328        E-mail/Text: GenesisFS@ebn.phinsolutions.com Dec 26 2019 23:39:38    Mabt - Genesis Retail,
                 Attn: Bankruptcy,    PO Box 4477,    Beaverton, OR  97076-4401
518344491       +E-mail/Text: cbp@onemainfinancial.com Dec 26 2019 23:43:36    OneMain,    PO Box 3251,
                 Evansville, IN 47731-3251
518320329        E-mail/PDF: cbp@onemainfinancial.com Dec 26 2019 23:42:22    Onemain,    PO Box 1010,
                 Evansville, IN  47706-1010
518320330        E-mail/PDF: cbp@onemainfinancial.com Dec 26 2019 23:42:56    Onemain Financial,
                 Attn: Bankruptcy,    601 NW 2nd St # 300,    Evansville, IN  48708-1013
518399675        E-mail/Text: bnc-quantum@quantum3group.com Dec 26 2019 23:38:16
                 Quantum3 Group LLC as agent for,    GFSPL LLC,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                         TOTAL: 13
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518320313*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    PO Box 982238,    El Paso, TX  79998-2238)
518320324*       Internal Revenue Service,    Centralized Insolvency Operation,    PO Box 7346,
                 Philadelphia, PA  19101-7346
                                                                          TOTALS: 0, * 2, ## 0
```

District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Dec 26, 2019
                             Form ID: 137              Total Noticed: 38

            ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2019 at the address(es) listed below:
          Brian C. Nicholas    on behalf of Creditor    Specialized Loan Servicing LLC
           bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    Specialized Loan Servicing LLC
           rsolarz@kmllawgroup.com
          Scott J. Goldstein    on behalf of Debtor Sheila  Moylan sjg@sgoldsteinlaw.com,
           cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 6