UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCOTT J GOLDSTEIN
LAW OFFICE OF SCOTT J GOLDSTEIN LLC
280 West Main Street

Denville, NJ 07834
(973) 453-2838
sjg@sgoldsteinlaw.com
Attorney for Sheila Moylan, Debtor

Order Filed on January 22, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    Sheila Moylan,

                      Debtor

Case No.:    19-22579
Chapter:     13
Judge:       VFP

# ORDER GRANTING ADDITIONAL CHAPTER 13 FEE

   The relief set forth on the following page is **ORDERED**

**DATED: January 22, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**ORDER GRANTING ADDITIONAL CHAPTER 13 FEE**
Page 2

The applicant having certified that legal work additional to basic chapter 13 services required under DNJ LBR 2016-5 and which is not included as a required service under DNJ LBR 2016-5(a) or has been rendered, and no objections having been raised it is:

ORDERED that _____Scott J Goldstein_____ the applicant, is allowed a fee of $ __1200.00__ for services rendered and expenses in the amount of $ __344.50__ for a total of $ __1544.80__ The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

*rev. 8/1/15*

2.

United States Bankruptcy Court
District of New Jersey

In re:
Sheila Moylan
    Debtor

Case No. 19-22579-VFP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jan 23, 2020
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2020.
db          #Sheila Moylan,    73 Minnehaha Blvd,    Lake Hiawatha, NJ   07034-2614

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2020                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2020 at the address(es) listed below:
         Brian C. Nicholas    on behalf of Creditor    Specialized Loan Servicing LLC
          bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
         Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing LLC dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Marie-Ann Greenberg    magecf@magtrustee.com
         Rebecca Ann Solarz    on behalf of Creditor    Specialized Loan Servicing LLC
          rsolarz@kmllawgroup.com
         Scott J. Goldstein    on behalf of Debtor Sheila   Moylan sjg@sgoldsteinlaw.com,
          cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                 TOTAL: 6