**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Sheila Moylan | Social Security number or ITIN  xxx–xx–1447 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–22579–VFP | |

# Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Sheila Moylan

6/9/20                                              **By the court:** Vincent F. Papalia
                                                                     United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W    **Chapter 13 Discharge**    page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 19-22579-VFP
Sheila Moylan                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2            Date Rcvd: Jun 09, 2020
                              Form ID: 3180W           Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 11, 2020.
```
db             +Sheila Moylan,    245 4th St,    Ridgefield Park, NJ 07660-1011
r              +Jacqueline Scura,    Weichert Realtors,    1625 Route 10 East,    Morris Plains, NJ 07950-2933
518320310       Bank Of America,    PO Box 15796,    Wilmington, DE 19886-5796
518385868      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
518320314       Brookdale Senior Living Solutions,    PO Box 203075,    Dallas, TX 75320-3075
518320317       Cardworks/spruce/viewt,    2900 North Loop W,    Houston, TX 77092-8841
518320321       Citibank/Sunoco,    Citibank Corp/Centralized Bankruptcy,    PO Box 6407,
                 Sioux Falls, SD 57117-6407
518320322       Edward Moylan Jr.,    12 Knotwood Ln,    Homosassa, FL 34446-3568
518363569      +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
518320326       Kohls/Capital One,    Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
518320334      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    N.J. Division of Taxation Bankruptcy Sec,
                 PO Box 245,    Trenton, NJ 08695-0245)
518320331       Shell/Cbna,    PO Box 6497,    Sioux Falls, SD 57117-6497
518320332       Slate Collection Service, Inc,    2509 S Stoughton Rd,    Madison, WI 53716-3314
518320333       Specialized Loan Servicing,    8742 Lucent Blvd Ste 300,    Littleton, CO 80129-2386
518437023      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
518320335       Sunoco/Cbna,    PO Box 6497,    Sioux Falls, SD 57117-6497
518320336       Tbom - Genesis Retail,    PO Box 4499,    Beaverton, OR 97076-4499
518320337       Twp of Parsippany-Troy Hills,    1001 Parsippany Blvd,    Parsippany, NJ 07054-1277
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 09 2020 23:40:55      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 09 2020 23:40:53      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518320312       EDI: BANKAMER.COM Jun 10 2020 03:23:00      Bank of America,    Attn: Bankruptcy,    PO Box 982238,
                 El Paso, TX 79998-2238
518320313       EDI: BANKAMER.COM Jun 10 2020 03:23:00      Bank of America,    PO Box 982238,
                 El Paso, TX 79998-2238
518320311       EDI: BANKAMER.COM Jun 10 2020 03:23:00      Bank of America,    4909 Savarese Cir,
                 Tampa, FL 33634-2413
518320315       EDI: CAPITALONE.COM Jun 10 2020 03:23:00      Capital One,    Attn: Bankruptcy,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
518404347      +EDI: AIS.COM Jun 10 2020 03:18:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
518320316       EDI: CAPITALONE.COM Jun 10 2020 03:23:00      Capital One Bank USA N,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
518411167       EDI: BL-BECKET.COM Jun 10 2020 03:23:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
518320318       E-mail/PDF: MerrickBKNotifications@Resurgent.com Jun 09 2020 23:43:47
                 Carson Smithfield, LLC,    PO Box 9216,    Old Bethpage, NY 11804-9016
518439067      +EDI: CITICORP.COM Jun 10 2020 03:23:00      Citibank, N.A.,    701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
518320320       EDI: CITICORP.COM Jun 10 2020 03:23:00      Citibank/Shell Oil,
                 Citibank Corp/Centralized Bankruptcy,    PO Box 790034,    Saint Louis, MO 63179-0034
518320323       EDI: IRS.COM Jun 10 2020 03:23:00      Internal Revenue Servic,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
518320319       EDI: JPMORGANCHASE Jun 10 2020 03:23:00      Chase Card Services,    Attn: Bankruptcy,
                 PO Box 15298,    Wilmington, DE 19850-5298
518320325       EDI: JPMORGANCHASE Jun 10 2020 03:23:00      Jpmcb Card,    PO Box 15369,
                 Wilmington, DE 19850-5369
518320327      +E-mail/Text: bncnotices@becket-lee.com Jun 09 2020 23:40:30      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
518320328       EDI: PHINGENESIS Jun 10 2020 03:23:00      Mabt - Genesis Retail,    Attn: Bankruptcy,
                 PO Box 4477,    Beaverton, OR 97076-4401
518344491      +EDI: AGFINANCE.COM Jun 10 2020 03:18:00      OneMain,    PO Box 3251,    Evansville, IN 47731-3251
518320329       EDI: AGFINANCE.COM Jun 10 2020 03:18:00      Onemain,    PO Box 1010,
                 Evansville, IN 47706-1010
518320330       EDI: AGFINANCE.COM Jun 10 2020 03:18:00      Onemain Financial,    Attn: Bankruptcy,
                 601 NW 2nd St # 300,    Evansville, IN 47708-1013
518713617       EDI: PRA.COM Jun 10 2020 03:23:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541
518713618       EDI: PRA.COM Jun 10 2020 03:23:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
518399675       EDI: Q3G.COM Jun 10 2020 03:18:00      Quantum3 Group LLC as agent for,    GFSPL LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
                                                                                              TOTAL: 23
```

```
District/off: 0312-2          User: admin                Page 2 of 2            Date Rcvd: Jun 09, 2020
                              Form ID: 3180W             Total Noticed: 41
```

***** BYPASSED RECIPIENTS (continued) *****

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518320324*        Internal Revenue Service,    Centralized Insolvency Operation,    PO Box 7346,
                   Philadelphia, PA   19101-7346
                                                                                                TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 9, 2020 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    Specialized Loan Servicing LLC
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Specialized Loan Servicing LLC
               rsolarz@kmllawgroup.com
              Scott J. Goldstein    on behalf of Debtor Sheila   Moylan sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6